**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS, et al., Petitioners, | ) | No. 20-1342 (consolidated with Nos. 20-1345 and 20-1347) |
| v. | ) | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, Respondent. | ) | |

**UNOPPOSED MOTION TO EXTEND ABEYANCE**

The United States Environmental Protection Agency ("EPA") moves the Court to continue to hold these consolidated cases in abeyance, with motions to govern due April 4, 2024. All other parties in this case do not oppose the relief requested by this motion.

In support of this motion, EPA states as follows:

1. Petitioners in these consolidated cases challenge an EPA final rule entitled "National Emission Standards for Hazardous Air Pollutants: Organic Liquids Distribution (Non-Gasoline) Residual Risk and Technology Review," 85 Fed. Reg. 40,740 (July 7, 2020) ("Rule").

2. The Court has granted multiple joint motions to hold these cases in abeyance or extend the motions to govern deadline, most recently until March 14,

2024, to allow time for EPA to consider next steps. Order (Dec. 11, 2023), Doc. No. 2030980.

3. All Petitioners have submitted petitions for administrative reconsideration to EPA under Clean Air Act § 307(d)(7)(B), 42 U.S.C. § 7607(d)(7)(B), seeking changes to the Rule.

4. In a letter dated December 15, 2020, from EPA to counsel for Alyeska, EPA stated that it was granting Alyeska's petition for administrative reconsideration "as a matter of discretion voluntarily exercised by the EPA Administrator." Att. A to Joint Motion for Abeyance (Jan. 12, 2021), Doc. No. 1879654. In a letter dated September 8, 2021, EPA again reaffirmed its intent to undertake reconsideration of certain aspects of the Rule. *See* Att. A to Joint Mot. to Ext. Abeyance, Doc. No. 1913483.

5. In response, in part, to the petitions for reconsideration, in April 2023, EPA proposed a rule entitled "National Emission Standards for Hazardous Air Pollutants: Ethylene Production, Miscellaneous Organic Chemical Manufacturing, Organic Liquids Distribution (Non-Gasoline), and Petroleum Refineries Reconsideration," (the "Proposed Rule"). 88 Fed. Reg. 25,574 (Apr. 27, 2023). The comment period for the Proposed Rule closed on June 12, 2023. EPA is

working on finalizing this rule, and how EPA does so could affect the scope of this litigation and next steps.

6. Continuing to hold these cases in abeyance will promote judicial efficiency and may conserve the resources of the Court and the parties. EPA thus asks that these cases remain in abeyance, with motions to govern due April 4, 2024.

7. As noted, Petitioners do not oppose the relief requested by this motion.

WHEREFORE, EPA requests that the Court should continue to hold these cases in abeyance and direct the parties to file motions to govern further proceedings by April 4, 2024.

Respectfully submitted,

/s/ *Sarah Izfar*
TODD KIM
Assistant Attorney General
SARAH IZFAR
U.S. Department of Justice
Environment and Natural Resources
Division

*Counsel for Respondent EPA*

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing filing complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because it contains 410 words, excluding the parts of the filing exempted by Fed. R. App. P. 32(f). The filing complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and (a)(6) because it was prepared in a proportionately spaced typeface using Microsoft Word 2016 in Times New Roman fourteen-point font.

*/s/ Sarah Izfar*

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2024, I filed the foregoing using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

*/s/ Sarah Izfar*