**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS, et al., | ) | |
| Petitioners, | ) | |
| v. | ) | No. 20-1342 (consolidated with Nos. 20-1345) |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, | ) | |
| Respondent. | ) | |

**JOINT MOTION TO DISMISS CASE NO. 20-1342 AND HOLD CASE NO. 20-1345 IN ABEYANCE**

The parties, (i) American Fuel & Petrochemical Manufacturers, et al., petitioners in Case No. 20-1342; (ii) California Communities Against Toxics, et al., petitioners in Case No. 20-1345; and (iii) Respondent United States Environmental Protection Agency ("EPA") respectfully submit this motion to govern, which moves the Court to dismiss *American Fuel & Petrochemical Manufacturers v. EPA*, Case No. 20-1342 ("*AFPM*") and to hold *California Communities Against Toxics v. EPA*, Case No. 20-1345 ("*California Communities*") in abeyance for one year due to other litigation that could affect the outcome of the action.

In support of this motion, the parties state as follows:

1. Petitioners are two groups that have filed two separate petitions for review, which the Court consolidated. All Petitioners challenge an EPA final rule entitled "National Emission Standards for Hazardous Air Pollutants: Organic Liquids Distribution (Non-Gasoline) Residual Risk and Technology Review," 85 Fed. Reg. 40,740 (July 7, 2020) ("Rule").

2. All Petitioners have submitted petitions for administrative reconsideration to EPA under Clean Air Act § 307(d)(7)(B), 42 U.S.C. § 7607(d)(7)(B), seeking changes to the Rule.

3. In response, in part, to the petitions for reconsideration, in April 2023, EPA proposed a rule entitled "National Emission Standards for Hazardous Air Pollutants: Ethylene Production, Miscellaneous Organic Chemical Manufacturing, Organic Liquids Distribution (Non-Gasoline), and Petroleum Refineries Reconsideration." 88 Fed. Reg. 25,574 (Apr. 27, 2023). On March 15, 2024, EPA signed a final rule, entitled "Emission Standards for Hazardous Air Pollutants: Ethylene Production, Miscellaneous Organic Chemical Manufacturing, Organic Liquids Distribution (Non-Gasoline), and Petroleum Refineries Reconsideration" (the "Chem Sector Rule"), and on April 4, 2024, the rule was published in the Federal Register. 89 Fed. Reg. 23840 (Apr. 4, 2024).

4. The Court has granted multiple joint motions to hold these cases in abeyance or extend the motions to govern deadline, most recently until November 15, 2024. Order (October 23, 2024), Doc. No. 2081511.

5. EPA, the AFPM Petitioners, and the California Communities Petitioners have now reviewed the Chem Sector Rule. The AFPM Petitioners have concluded that they no longer intend to proceed with their challenge to the Rule, and the parties seek dismissal of *AFPM*, Case No. 20-1342.

6. The California Communities Petitioners have concluded that, while they intend to proceed with their challenge, pending litigation in another case, *Denka Performance Elastomer v. EPA*, Case No 24-1135 (D.C. Cir.), may narrow or at least inform the outcome of this litigation. The parties thus request that the Court continue to hold *California Communities*, Case No. 24-1345, in abeyance to allow the litigation in *Denka* to proceed. The California Communities Petitioners and EPA will submit a motion to govern in one year.

WHEREFORE, parties request that the Court issue an order (i) dismissing *American Fuel & Petrochemical Manufacturers v. EPA*, Case No. 20-1342; and (ii) continuing to hold *California Communities Against Toxics v. EPA*, Case No. 20-1345, in abeyance with motions to govern due within one year.

Respectfully submitted,

*/s/ Sarah Izfar*
TODD KIM
Assistant Attorney General
SARAH IZFAR
U.S. Department of Justice
Environment and Natural Resources Division

*Counsel for Respondent EPA*

*/s/ Adam Kron*
*Adam Kron*
Earthjustice
1001 G Street NW
Suite 1000
Washington, DC 20001
(202) 667-4500
akron@earthjustice.org

*Counsel for Petitioners California Communities Against Toxics, Coalition for a Safe Environment, and Sierra Club*

*/s/ William L. Wehrum*

Wehrum Environmental Law LLC
1629 K Street, NW, Suite 300
Washington, D.C. 20006
(302) 300-0388
William_Wehrum@comcast.net

*Counsel for Petitioners the American Fuel & Petrochemical Manufacturers, the American Petroleum Institute, and the American Chemistry Council*

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing filing complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because it contains 497 words, excluding the parts of the filing exempted by Fed. R. App. P. 32(f). The filing complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and (a)(6) because it was prepared in a proportionately spaced typeface using Microsoft Word 2016 in Times New Roman fourteen-point font.

*/s/ Sarah Izfar*

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2024, I filed the foregoing using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

*/s/ Sarah Izfar*